1  Mikal C Watts *(Admitted pro hac vice)*
   Texas State Bar No. 20981820
2  Alicia O'Neill *(Admitted pro hac vice)*
   Texas State Bar No. 24040801
3  **WATTS GUERRA LLP**
   5726 W. Hausman Rd., Ste. 119
4  San Antonio, Texas 78249
   Telephone: (210) 448-0500
5  Facsimile: (210) 448-0501
   mcwatts@wattsguerra.com
6  aoneill@wattsguerra.com

7

8  **Counsel for Plaintiff**

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

| IN RE: JUUL LABS., MARKETING, SALES AND PRACTICE AND PRODUCT LIABILITY LITIGATION | CASE NO. 19-MD-02913-WHO |
|---|---|
| This Document Relates: *Caleb Zdybicki v. JUUL Labs, Inc., et al.,* No. 3:20-cv-02322 | NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

   NOW COMES, Plaintiff Caleb Zdybicki, by and through his undersigned counsel, hereby gives notice that he is voluntarily dismissing this claim pending in the above-captioned litigation, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not yet served either an answer or a motion for summary judgment.

1

| | |
|---|---|
| 1  DATED: May 18, 2020 | Respectfully submitted, |

                                               /s/ MIKAL C. WATTS  
                                              Mikal C Watts  
                                              Texas State Bar No. 20981820  
                                              Alicia O'Neill  
                                              Texas State Bar No. 24040801  
                                              **WATTS GUERRA LLP**  
                                              5726 West Hausman Rd. Ste. 119  
                                              San Antonio, Texas 78249  
                                              Telephone: (210) 448-0500  
                                              Facsimile: (210) 448-0501  
                                              mcwatts@wattsguerra.com  
                                              aoneill@wattsguerra.com

                                              **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2020, a true and correct copy of the foregoing instrument was filed with the Clerk of the Court using the CM/ ECF system, which sent notification of such filing to all counsel of record.

                                              */s/ Mikal C. Watts*  
                                              Mikal C. Watts